1913.) Action by Carrie E. Monaghan against Nellie A. Monaghan and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.